Roger Roots, Esq.
Roots Justice
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
(662) 665-1061

-FILED-

MAY 16 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

**Joseph Maldonado**,    )
    Petitioner and Plaintiff,    )
    versus    )
Professional Animal Retirement    ) Case 1:25CV239
Center (PARC), a.k.a.    )
**Black Pine Animal Sanctuary**    )
    Respondent and Defendant.    )

**In re Elvis, a white Bengal tiger.**

COMPLAINT UNDER THE ENDANGERED SPECIES ACT AND EMERGENCY PETITION FOR INJUNCTIVE RELIEF

This is a complaint demanding a trial, declaratory relief and injunctive relief under the Endangered Species Act, combined with

**IN RE ELVIS, A WHITE BENGAL TIGER** - 1

an emergency petition for preliminary injunction or restraining order[1] under the Endangered Species Act (ESA).

Petitioner-Plaintiff **Joseph Maldonado** (a.k.a. "Joe Exotic") has recently learned that PARC, a.k.a. **Black Pine Animal Sanctuary** intends to "neuter" (castrate) one of Maldonado's former tigers, an extremely rare and endangered white tiger known as Elvis, <u>this coming weekend, May 16-18th.</u> Maldonado has also learned that PARC has engaged in a pattern of other ESA violations, including a practice of spaying and neutering other endangered species.

---

[1] This case arises due to an announcement that the defendant will commit irreparable harm within four days. The Plaintiff has sent notice via certified mail on the afternoon of May 13, 2025. In the event the defendant fails to acknowledge receipt, the injunction sought can be described as a restraining order under Rule 65.

**IN RE ELVIS, A WHITE BENGAL TIGER** - 2




The Black Pine Animal Sanctuary is performing the neutering in conjunction with a <u>mass fundraising campaign to raise money</u>.

**IN RE ELVIS, A WHITE BENGAL TIGER** - 3



## MALDONADO'S STANDING

Maldonado has standing under the ESA's citizen suit provision because Maldonado has a special relationship with Elvis. Elvis was nurtured, loved, raised and cared for by Maldonado from around 2016 until the time of his separation from Elvis in 2018. Maldonado hopes to revisit and see Elvis again as soon as possible.

Not only is Elvis an endangered species; but Elvis is an extremely rare type of Tiger. Neutering Elvis will kill some of the rarest genes in the tiger genetic pool. Elvis' parents were two extremely rare, orange, heterozygous tigers. Neither parent was white in color; which makes Elvis' genetics profoundly rare. The

**IN RE ELVIS, A WHITE BENGAL TIGER** - 4

pairing of Elvis' parents rescued a diverse set of recessive genes from being lost to nature.

**Emergency *Notice* and Request for Expedited Ruling and Preliminary Injunction/Restraining Order.**

Notice of this claim and petition has been provided to every listed member of the PARC Board of Directors, via overnight certified priority mail with return receipts, mailed at 3:00 p.m. on May 13, 2025. These members of the Board will also be notified via email by close of business on May 13. Pursuant to Rule 65(b)(3), Maldonado requests an *expedited preliminary injunction hearing*, set for a hearing "at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character."

**Grounds for Restraining Order/Preliminary Injunction.**

Upon information and belief (and published social media) PARC intends to neuter Elvis on the approaching weekend. Accordingly, *Maldonado requests emergency expedited preliminary injunction as soon as possible.*

**IN RE ELVIS, A WHITE BENGAL TIGER** - 5

# THE PARTIES

**Petitioner-plaintiff Joseph Maldonado** ("Joe Exotic") is the former owner and operator of the largest tiger park in North America, the Greater Wynnewood Exotic Animal Park in Oklahoma. Maldonado is presently incarcerated at the U.S. federal prison at Fort Worth, Texas, serving a 21-year prison sentence for crimes he did not commit.[2]

**Respondent-Defendant Professional Animal Retirement Center, Inc**, known as "PARC", is an organization doing business in the State of Indiana as **Black Pine Animal Sanctuary**, known as "BPAS," located at 1426 W 300 N Albion, IN 46701. Amanda Plank is PARC's executive director and/or CEO.

# JURISDICTION & VENUE

This Court has subject matter jurisdiction under 28 USC § 1331, on the basis of there being a federal question relating to the

---

[2] Maldonado's appeal of the denial of his motion for new trial is currently pending before the U.S. 10th Circuit Court of Appeals.
**IN RE ELVIS, A WHITE BENGAL TIGER** - 6

Endangered Species Act, 16 U.S.C. § 1540(g), 16 U.S.C. § 1538, 50 C.F.R. § 17.21 and 50 C.F.R. § 17.61.

Venue is appropriate because PARC operates the **Black Pine Animal Sanctuary** in the Northern District of Indiana.

## Legal Standards.

Under Federal Rule of Civil Procedure 65, a preliminary injunction should be granted where (1) there is likelihood of success on the merits, (2) likelihood of irreparable harm, (3 & 4) a balance of equities and hardships as well as public interest favors inunction. All four factors are easily met here.

### 1. Likelihood of Success on the Merits

Maldonado will likely succeed on the merits of this underlying cause of action. This is because the intent and purpose of the Endangered Species Act is to recover species to a point where they no longer need protection, meaning their populations can be stable and thriving. Castration, spaying and neutering such endangered species violates the plain language, purpose and design of the Act.

### 2. Likelihood of Irreparable Harm

IN RE ELVIS, A WHITE BENGAL TIGER - 7

Irreparable harm is certain in this case because a tiger cannot be un-neutered after a neutering procedure. Additionally, neutering of cats brings long-term health harms and health risks as described below.

**3. Balance of Equities and Hardships**

The balancing of equities and hardships in this case also favors a preliminary injunction. Temporary injunctive relief will not effect the long-term rights of **Black Pine Animal Sanctuary** to conduct its procedure in the future, in the (unlikely) event that Maldonado loses on the merits of this suit.

**4. Public Interest**

The public has an interest in the survival, recovery, health, and propagation of endangered species and rare tigers.

**DEMAND FOR TRIAL ON THE MERITS, AND DECLARATORY AND INJUNCTIVE RELIEF.**

Beyond a preliminary injunction, Maldonado requests permanent injunctive and declaratory relief in the form of an order:

**IN RE ELVIS, A WHITE BENGAL TIGER** - 8

1. Declaring that the rendering of an endangered species impotent or infertile by spaying or neutering violates the ESA;

2. Declaring that defendants' castrating, spaying or neutering of Elvis the tiger violates the ESA;

3. Enjoining the defendant/respondent from neutering Elvis because it violates the ESA;

4. Enjoining the defendant/respondent from spaying or neutering any other endangered species;

5. Permitting an on-site inspection of the property, within thirty days, to confirm that all of the Big Cats at PARC are being preserved and not altered in any manner;

6. Ordering Elvis released to the wild or moved to a suitable secure sanctuary, with defendant paying for placement, transport, and veterinary care necessary for the animal's relocation to its native habitat in the wild where the animal may express species-typical behaviors in safe, sanitary, and enriching environments and receive proper, natural, species specific nutrition and live a natural life away from human interference.

**IN RE ELVIS, A WHITE BENGAL TIGER** - 9

**FURTHER STANDARDS FOR RESOLUTION ON THE MERITS.**

The Endangered Species Act authorizes citizens to enforce compliance with any provision of the Act. 16 U.S.C. § 1540(g). This includes the prohibitions in 16 U.S.C. § 1538. See 50 C.F.R. § 17.21 and 50 C.F.R. § 17.61. However, citizens adversely affected by an ESA violation normally must give 60-days notice of the alleged violation to the alleged violator and Secretary of the Interior. This notice and delay period are intended to allow the violator an opportunity to correct his violation and to give the Secretary an opportunity to enforce compliance, thus making citizen enforcement unnecessary.

**Issuance of declaratory order.**

Rule 57 of the Federal Rules of Civil Procedure ("Declaratory Judgment") provides for the procedure for obtaining a declaratory judgment under 28 U.S.C. §2201. The existence of another adequate remedy does not preclude a declaratory judgment that is

**IN RE ELVIS, A WHITE BENGAL TIGER** - 10

otherwise appropriate. The court may order a speedy hearing of a declaratory-judgment action.

I.  **The Endangered Species Act**

The Endangered Species Act ("ESA") prohibits the "take" of endangered and most threatened species within the United States. Tigers are a listed "endangered species" under the ESA. To which the "take" prohibition applies. Congress defined "take" "in the "broadest possible" manner to include every conceivable way in which a person can take or attempt to take any fish or wildlife." "Take" is defined by statute to mean "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." 16 U.S. Code § 1532(19).

"Harm" and "harass" are defined by regulation. "Harm" is "an act which actually kills or injures wildlife" including "by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering."6 "Harass" is "an intentional or negligent act or omission which creates the likelihood of injury to wildlife by

**IN RE ELVIS, A WHITE BENGAL TIGER** - 11

annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding, or sheltering."

"Wound" is not defined by statute or regulation. Its dictionary definition, as a verb, is "to cause a wound to or in," or "to inflict a wound"; as a noun, wound is defined as "an injury to the body (as from violence, accident, or surgery) that typically involves laceration or breaking of a membrane (such as the skin) and usually damage to underlying tissues."

On information and belief, PARC does not allow the Big Cats in its care to reside in communal groups, therefore on information and belief the only purpose of this unnecessary procedure to neuter Elvis is to prevent the non-aggressive nuisance of marking, which is a genetically hardwired instinct. To deprive a big cat of its right to exhibit this natural tendency is a "harm" as defined under the ESA.

On Information and belief, PARC, do not possess a captive-bred wildlife permit and would need to possess any such permit to "take"

**IN RE ELVIS, A WHITE BENGAL TIGER** - 12

Big Cats. Yet, PARC, as described below, confines and maintains Big Cats in conditions that "harm," "harass," and "wound" them in violation of Section 9 of the ESA and its implementing regulations, and thereby also unlawfully possesses them in further violation of the Act.

**II. Professional Animal Retirement Center Takes Big Cats in Violation of the ESA.**

PARC takes protected Big Cats by spaying and or neutering them, actions which harass and result in or creates a likelihood of injury to the animals. Specifically, PARC has posted publicly, on social media platforms, their intent to neuter "Elvis", a white Bengal tiger born in 2016, and a protected Big Cat under the provisions of the ESA, sometime between May 16, 2025, May 17, 2025, or May 18, 2025. Neutering Big Cats is illegal under the ESA. As defined by the ESA, neutering is an "act which actually kills or injures wildlife" including "by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering" and is therefore a "harm".

**IN RE ELVIS, A WHITE BENGAL TIGER** - 13

Neutering Elvis certainly impacts his ability to breed, as well as puts him at greater risk for hormonal changes and certain cancers, as well as metabolic changes and weight gain, and an increased risk of urinary tract issues. There is also significant risk of surgical complications and death associated with this procedure. Sedation of big cats often causes distress and poses health risks to the animal such as seizures, convulsions, and risk of aspiration. Sedation of a tiger Elvis's age carries significant higher risks due to age-related decline in organ function, particularly to the heart and lungs. Older animals may have less efficient hearts and blood vessels, making them more susceptible to complications during anesthesia. Anesthesia can further depress heart function, potentially leading to arrhythmias or heart failure. Senior Tigers may have decreased lung capacity and elasticity, making them more vulnerable to respiratory depression, reduced oxygen levels (hypoxia), and difficulties breathing.

The conditions set forth herein, violate ESA's prohibition on the "take" of the Big Cats. Unless the violations described herein cease immediately, Joseph Maldonado intends to file suit against

**IN RE ELVIS, A WHITE BENGAL TIGER** - 14

PARC under the ESA after the expiration of sixty days. Pursuant to the ESA, Joseph Maldonado will seek declaratory relief and an injunction against continued violations, including, but not limited to; requesting that the court order the transfer of the Big Cats to reputable accredited American Zoological Association ("AZA") facilities that participates in the Tiger Species Survival Plan ("SSP"), as well as attorney's fees and litigation costs.

**PRAYER FOR RELIEF:**

ACCORDINGLY, petitioner requests a trial on the merits, a restraining order or preliminary injunction as described above, and an order by this Honorable Court:

1. Declaring that the rendering of an endangered species impotent or infertile by spaying or neutering violates the ESA;

2. Declaring that defendants' castrating, spaying or neutering of Elvis the tiger violates the ESA;

3. Enjoining the defendant/respondent from neutering Elvis because it violates the ESA;

**IN RE ELVIS, A WHITE BENGAL TIGER** - 15

4. Enjoining the defendant/respondent from spaying or neutering any other endangered species;

5. Permitting an on-site inspection of the property, within thirty days, to confirm that all of the Big Cats at PARC are being preserved and not altered in any manner;

6. Ordering Elvis released to the wild or moved to a suitable secure sanctuary, with defendant paying for placement, transport, and veterinary care necessary for the animal's relocation to its native habitat in the wild where the animal may express species-typical behaviors in safe, sanitary, and enriching environments and receive proper, natural, species specific nutrition and live a natural life away from human interference.

DATE: May 15, 2025          RESPECTFULLY SUBMITTED,

/s/ Roger Roots
Roger I. Roots
Roots Justice
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
(662) 665-1061

**IN RE ELVIS, A WHITE BENGAL TIGER** - 16