Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

upsstore.com to learn more
Print & Business Services.

Visit theupsstore.com to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipment of containing sensitive personal information or breakabl or cash equivalent.

SECURITY SCREENED

```
ROGER ROOTS
(775) 764-9347
THE UPS STORE #2420
STE 20
1106 W PARK ST
LIVINGSTON  MT 59047-2960

SHIP  NORTHERN DISTRICT OF INDIANA
TO:   UNITED STATES DISTRICT COURT
      1300 S HARRISON ST

      FORT WAYNE  IN 46802-3495
```

1 LBS         1 OF 1
SHP WT: 1 LBS
DWT: 13,11,2
DATE: 15 MAY 2025

IN 468 9-04

UPS EARLY          1+
TRACKING #: 1Z 56W 131 15 4253 3796

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

MMMZPX3JY8G6C ISH 13.00C ZZP 450 16.5U 04/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD K 1224



United Parcel Service

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  08/21