Roger Roots, Esq.
Roots Justice
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
(662) 665-1061

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Joseph Maldonado**, | ) |
|    Petitioner and Plaintiff, | ) |
|      versus | ) |
| Professional Animal Retirement Center (PARC), a.k.a. **Black Pine Animal Sanctuary** | ) Case 1:25-cv-00239-HAB-SLC ) ) |
|    Respondent and Defendant. | ) |

**In re the tigers at Black Pine Animal Sanctuary**.

FIRST AMENDED COMPLAINT UNDER THE ENDANGERED SPECIES ACT AND EMERGENCY PETITION FOR INJUNCTIVE RELIEF

This is a complaint demanding a trial, declaratory relief and injunctive relief under the Endangered Species Act, combined with

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 1

an emergency petition for preliminary injunction[1] under the Endangered Species Act (ESA).

Petitioner-Plaintiff **Joseph Maldonado** (a.k.a. "Joe Exotic") has recently learned that PARC, a.k.a. **Black Pine Animal Sanctuary** intended to "neuter" (castrate) one of Maldonado's former tigers, an extremely rare and endangered white tiger known as Elvis, during the weekend of May 16-18, 2025. More recently, Maldonado has learned that PARC also possesses at least four other tigers (including three has engaged in a pattern of other ESA violations, including a practice of spaying and neutering other endangered species.

---

[1] This case arises due to an announcement that the defendant will commit irreparable harm within four days. The Plaintiff has sent notice via certified mail (but not process service) on the afternoon of May 13, 2025.  In the event the defendant fails to acknowledge receipt, the injunction sought can be described as a restraining order under Rule 65.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 2



The Black Pine Animal Sanctuary is performing the neutering in conjunction with a <u>mass fundraising campaign to raise money</u>.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 3



## MALDONADO'S STANDING

Maldonado has standing under the ESA's citizen suit provision because Maldonado has a special relationship with Elvis. Elvis was nurtured, loved, raised and cared for by Maldonado from around 2016 until the time of Maldonado's separation from Elvis in 2019. Maldonado plans to revisit Elvis again as soon as Maldonado is free to travel. Maldonado also intends to monitor Elvis' health and status, via representatives, proxies, or agents, by inspecting Elvis' living conditions.

Not only is Elvis an endangered species on account of being a tiger; but Elvis is an extremely rare type of Tiger. Neutering Elvis

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 4

will kill some of the rarest genes in the tiger universe. Elvis' parents were two extremely rare, orange, heterozygous tigers. Neither parent was white in color; which makes Elvis' genetics profoundly rare. The paring of Elvis' parents rescued a diverse set of recessive genes from being lost to nature.

Maldonado has learned that Black Pines Animal Sanctuary owns a second, third, and fourth of his former tigers (Ima, Petronus, and Prince). Maldonado has a similar history with these big cats, having raised them, nurtured them, and cared for them for years. Just as with Elvis, the Black Pine facility advertises and fundraises off of the notoriety of these cats having formerly belonged to Maldonado's former zoo.

There is also a fifth tiger at Black Pine, "Top Cat." Just as with the other four tigers, Top Cat is in grave danger of being neutered or harmed by Black Pine. Maldonado is monitoring the conditions of these five big cats and expects to visit them as soon as he is able.

**Emergency *Notice* and Request for Expedited Rulings.**

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 5

Notice of this claim and petition has been provided to every listed member of the PARC Board of Directors, via overnight certified priority mail with return receipts, mailed at 3:00 p.m. on May 13, 2025. These members of the Board were also notified via email on May 13.

Maldonado is simultaneously filing a motion for preliminary injunction, seeking a court order that Black Pine Wildlife Sanctuary be enjoined from spaying or neutering these big cats before completion of this litigation.

**Grounds for Restraining Order/Preliminary Injunction.**

Upon information and belief (and published social media) PARC intended to neuter Elvis on weekend of May 16th. Maldonado understands that PARC/Black Pine opted <u>not</u> to neuter Elvis on the weekend of May 16th. However, the respondents have announced publicly that they do not regard these precious tigers as being protected under the ESA.

**Black Pine's Concealment of Evidence.**

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 6

In fact, Black Pine has altered its website to hide evidence regarding the neuter status of Maldonado's former tiger Petronus. Last week, when the original complaint was filed, Black Pine's website prominently featured an image of Petronus which showed Petronus' male genitalia intact.



However, by the week of May 18—after Black Pine became knowledgeable that Maldonado was threatening an ESA suit against Black Pine, the Sanctuary's website had been changed to conceal evidence regarding the neuter status of Petronus.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 7

USDC IN/ND case 1:25-cv-00239-HAB-SLC    document 7    filed 05/21/25    page 8 of 19





Patronus was seized in 2021 by the Department of Justice for the illegal possession and transport of animals and violations of the Animal Welfare Act from Jeff & Lauren Lowe's Oklahoma "Zoo" (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy). He was permanently placed at Black Pine in January 2022 and is now receiving a proper diet of fresh meat, vet care, and a roomy and lush habitat

Thus it is evident that Black Pine is hiding evidence on its website in response to Maldonado's petition.

Accordingly, *Maldonado requests emergency expedited preliminary injunction as soon as possible.*

## THE PARTIES

**Petitioner-plaintiff Joseph Maldonado** ("Joe Exotic") is the former owner and operator of the largest tiger zoo in North America, the Greater Wynnewood Exotic Animal Park in Oklahoma. Maldonado is presently incarcerated at the U.S. federal prison at

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 8

Fort Worth, Texas, serving a 21-year prison sentence for crimes he did not commit.[2]

**Respondent-Defendant Professional Animal Retirement Center, Inc**, known as "PARC", is an organization doing business in the State of Indiana as **Black Pine Animal Sanctuary**, known as "BPAS," located at 1426 W 300 N Albion, IN 46701. Amanda Plank is PARC's executive director and/or CEO.

## JURISDICTION & VENUE

This Court has subject matter jurisdiction under 28 USC § 1331, on the basis of there being a federal question relating to the Endangered Species Act, 16 U.S.C. § 1540(g), 16 U.S.C. § 1538, 50 C.F.R. § 17.21 and 50 C.F.R. § 17.61.

Venue is appropriate because PARC operates the **Black Pine Animal Sanctuary** in the Northern District of Indiana.

## Legal Standards.

---

[2] Maldonado's appeal of the denial of his motion for new trial is currently pending before the U.S. 10th Circuit Court of Appeals.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 9

Under Federal Rule of Civil Procedure 65, a preliminary injunction should be granted where (1) there is likelihood of success on the merits, (2) likelihood of irreparable harm, (3 &4) a balance of equities and hardships as well as public interest favors inunction. All four factors are easily met here.

1. **Likelihood of Success on the Merits**

Maldonado will likely succeed on the merits of this underlying cause of action. This is because the design and purpose of the Endangered Species Act is to preserve, grow, repopulate, and propagate endangered species until such species have recovered enough in their numbers to be delisted. Castration, spaying and neutering such endangered species violates the plain language, purpose and design of the Act.

**2. Likelihood of Irreparable Harm**

Irreparable harm is certain in this case because a tiger cannot be un-neutered after a neutering procedure. Additionally, neutering of cats brings long-term health harms and health risks as described below.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 10

### 3. Balance of Equities and Hardships

The balancing of equities and hardships in this case also favors a preliminary injunction. Temporary injunctive relief will not effect the long-term rights of **Black Pine Animal Sanctuary** to conduct its procedure in the future, in the (unlikely) event that Maldonado loses on the merits of this suit.

### 4. Public Interest

The public has an interest in the survival, recovery, health, and propagation of endangered species and rare tigers.

### DEMAND FOR TRIAL ON THE MERITS, AND DECLARATORY AND INJUNCTIVE RELIEF.

Beyond a preliminary injunction, Maldonado requests permanent injunctive and declaratory relief in the form of an order:

1. Declaring that the rendering of an endangered species impotent or infertile by spaying or neutering violates the ESA;

2. Declaring that defendants' castrating, spaying or neutering of Elvis the tiger violates the ESA;

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 11

3. Enjoining the defendant/respondent from neutering Elvis violates the ESA;

4. Enjoining the defendant/respondent from spaying or neutering any other endangered species;

5. Permitting an on-site inspection of the property, within thirty days, to confirm that all of the Big Cats at PARC are being preserved and not altered in any manner;

6. Ordering Elvis and the other tigers released to the wild or moved to a suitable secure sanctuary, with defendant paying for placement, transport, and veterinary care necessary for the animal's relocation to its native habitat in the wild where the animal may express species-typical behaviors in safe, sanitary, and enriching environments and receive proper, natural, species specific nutrition and live a natural life away from human interference.

**FURTHER STANDARDS FOR RESOLUTION ON THE MERITS.**

The Endangered Species Act authorizes citizens to enforce compliance with any provision of the Act. 16 U.S.C. § 1540(g). This

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 12

includes the prohibitions in 16 U.S.C. § 1538. See 50 C.F.R. § 17.21 and 50 C.F.R. § 17.61. However, citizens adversely affected by an ESA violation normally must give 60-days notice of the alleged violation to the alleged violator and Secretary of the Interior. This notice and delay period are intended to allow the violator an opportunity to correct his violation and to give the Secretary an opportunity to enforce compliance, thus making citizen enforcement unnecessary.

**Issuance of declaratory order.**

Rule 57 of the Federal Rules of Civil Procedure ("Declaratory Judgment") provides for the procedure for obtaining a declaratory judgment under 28 U.S.C. §2201. The existence of another adequate remedy does not preclude a declaratory judgment that is otherwise appropriate. The court may order a speedy hearing of a declaratory-judgment action.

**I.    The Endangered Species Act**

The Endangered Species Act ("ESA")  prohibits the "take" of endangered and most threatened species within the United States.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 13

Tigers are a listed "endangered species under the ESA. To which the "take" prohibition applies. Congress defined "take" "in the "broadest possible" manner to include every conceivable way in which a person can take or attempt to take any fish or wildlife." "Take" is defined by statute to mean "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." 16 U.S. Code § 1532(19).

"Harm" and "harass" are defined by regulation. "Harm" is "an act which actually kills or injures wildlife" including "by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering."6 "Harass" is "an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding, or sheltering."

"Wound" is not defined by statute or regulation. Its dictionary definition, as a verb, is "to cause a wound to or in," or "to inflict a

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 14

wound"; as a noun, wound is defined as "an injury to the body (as from violence, accident, or surgery) that typically involves laceration or breaking of a membrane (such as the skin) and usually damage to underlying tissues."

On information and belief, PARC does not allow the Big Cats in its care to reside in communal groups, therefore on information and belief the only purpose of this unnecessary procedure to neuter Elvis is to prevent the non-aggressive nuisance of marking, which is a genetically hardwired instinct. To deprive a big cat of its right to exhibit this natural tendency is a "harm" as defined under the ESA.

On Information and belief, PARC, do not possess a captive-bred wildlife permit and would need to possess any such permit to "take" Big Cats. Yet, PARC, as described below, confines and maintains Big Cats in conditions that "harm," "harass," and "wound" them in violation of Section 9 of the ESA9 and its implementing regulations, 10 and thereby also unlawfully possesses them11 in further violation of the Act.

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 15

## II. Professional Animal Retirement Center Takes Big Cats in Violation of the ESA.

PARC takes protected Big Cats by spaying and or neutering them, actions which harass and result in or creates a likelihood of injury to the animals. Specifically, PARC has posted publicly, on social media platforms, their intent to neuter "Elvis", a white Bengal tiger born in 2016, and a protected Big Cat under the provisions of the ESA, sometime between May 16, 2025, May 17, 2025, or May 18, 2025.  Neutering Big Cats is illegal under the ESA. As defined by the ESA, neutering is an "act which actually kills or injures wildlife" including "by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering" and is therefore a "harm".

Neutering Elvis certainly impacts his ability to breed, as well as puts him at greater risk for hormonal changes and certain cancers, as well as metabolic changes and weight gain, and an increased risk of urinary tract issues. There is also significant risk of surgical complications and death associated with this procedure. Sedation of

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 16

big cats often causes distress and poses health risks to the animal such as seizures, convulsions, and risk of aspiration. Sedation of a tiger Elvis's age carries significant higher risks due to age-related decline in organ function, particularly to the heart and lungs. Older animals may have less efficient hearts and blood vessels, making them more susceptible to complications during anesthesia. Anesthesia can further depress heart function, potentially leading to arrhythmias or heart failure. Senior Tigers may have decreased lung capacity and elasticity, making them more vulnerable to respiratory depression, reduced oxygen levels (hypoxia), and difficulties breathing.

The conditions set forth herein, violate ESA's prohibition on the "take" of the Big Cats. Unless the violations described herein cease immediately, Joseph Maldonado intends to file suit against PARC under the ESA after the expiration of sixty days. Pursuant to the ESA, Joseph Maldonado will seek declaratory relief and an injunction against continued violations, including, but not limited to; requesting that the court order the transfer of the Big Cats to reputable accredited American Zoological Association

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 17

("AZA") facilities that participates in the Tiger Species Survival Plan ("SSP"), as well as attorney's fees and litigation costs.

**PRAYER FOR RELIEF:**

ACCORDINGLY, petitioner requests a trial on the merits, a restraining order or preliminary injunction as described above, and an order by this Honorable Court:

1. Declaring that the rendering of an endangered species impotent or infertile by spaying or neutering violates the ESA;

2. Declaring that defendants' castrating, spaying or neutering of Elvis the tiger or the other four tigers at Black Pine Animal Sanctuary violates the ESA;

3. Enjoining the defendant/respondent from neutering Elvis or other cats pursuant to the ESA;

4. Enjoining the defendant/respondent from spaying or neutering any other endangered species;

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 18

5.  Permitting an on-site inspection of the property, within thirty days, to confirm that all of the Big Cats at PARC are being preserved and not altered in any manner;

6.  Ordering Elvis and the other big cats released to the wild or moved to a suitable secure sanctuary, with defendant paying for placement, transport, and veterinary care necessary for the animal's relocation to its native habitat in the wild where the animal may express species-typical behaviors in safe, sanitary, and enriching environments and receive proper, natural, species specific nutrition and live a natural life away from human interference.

DATE: May 20, 2025                    RESPECTFULLY SUBMITTED,

/s/ Roger Roots
Roots Justice
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
(662) 665-1061

**IN RE THE TIGERS AT BLACK PINE ANIMAL SANCTUARY** - 19