UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

JOSEPH MALDONADO,

       Plaintiff,

v.                                CAUSE NO.: 1:25-cv-239-HAB

PROFESSIONAL ANIMAL

RETIREMENT CENTER (PARC)

DBA

BLACK PINE ANIMAL SANCTUARY

       Defendant


DECLARATION OF ROGER I. ROOTS, ESQ.

1. My name is Roger I. Roots and I declare and attest, under my oath and under penalties of perjury, that the following facts are true and within my personal knowledge.
2. I am the attorney of record for Joseph Maldonado ("Maldonado") in this matter, admitted *pro hac vice*.
3. I submit this declaration in support of Maldonado's Emergency Petition for Injunctive Relief and Maldonado's emergency motion for an interim preservation order and shorten notice on verified petition pursuant to Fed. R. Civ. P. 27(A) and Local Rule 65-1 of the Northern District of Indiana.
4. I hereby certify, swear, and attest that the facts described in Maldonado's complaint petition (doc. #2) are true and correct; to wit, Black Pine Wildlife Sanctuary has publicly announced it's intention to neuter (castrate) "Elvis," a white Bengal tiger formerly possessed by Maldonado's former zoo.
5. Identified in this declaration are various documents and other evidence referred to in the Petition. The facts set forth below are within my personal knowledge or have been obtained from public sources identified below.
6. On May 13, 2025, I sent to Professional Animal Retirement Center (PARC) (a.k.a. **Black Pine Animal Sanctuary**), and it's board of directors (the "Respondents"), the prospective defendants in the contemplated ESA action, Maldonado's Notice of Intent to Sue (the "Notice"). A true and correct copy of the Notice is attached hereto as **Exhibit 1.**
7. In the Notice, on behalf of Maldonado, I requested the Respondents to agree in writing by May 19th 2025, to voluntarily preserve any and all animals, documents, tangible items and electronic data that are the subject of or

relevant to the violations addressed in the Notice. Respondents <u>have not complied</u> with this request but <u>have otherwise acknowledged the Notice.</u>

8. A true and correct copy of the PARC's public response to Maldonado's Notice attached hereto as **Exhibit 2.**

9. A true and correct copy of the Fish and Wildlife Service Endangered and Threatened Wildlife and Plants; U.S. Captive-Bred Intersubspecific Crossed or Generic Tigers *Final Rule* attached hereto as **Exhibit 3.**

10. Attached hereto as **Exhibit 4** is a true and correct copy of a news article:, [https://www.21alivenews.com/2025/05/16/joe-exotic-intends-sue-black-pine-animal-sanctuary-over-endangered-species-neutering/](https://www.21alivenews.com/2025/05/16/joe-exotic-intends-sue-black-pine-animal-sanctuary-over-endangered-species-neutering/) indicating that <u>Respondents acknowledge the notice.</u>

11. Attached hereto as **Exhibit 5** is a true and correct copy of the Endangered Species Act of 1973.

12. Attached hereto as Exhibit 6 is a copy of Patronus's page on PARC website on or before May 13, 2025.

13. Attached hereto as Exhibit 7 is a copy of Patronus's page on PARC website on May 20, 2025.

14. Additionally, and shockingly, **Black Pine** and its officers and staff have publicly stated that Elvis the white Bengal tiger is an *inbred, cross-eyed mutant of no value or protection* under the ESA, despite Elvis being seized through the enforcement of an ESA action. Attached hereto as Exhibit 8 is a copy of the Department of Justice Press Release "U.S. Government Seizes 68 Protected Big Cats and a Jaguar from Jeffrey and Lauren Lowe" dated Thursday, May 20, 2021.

15. Since the filing of Maldonado's petition/complaint (doc. #2), Maldonado has learned that Black Pine also possesses three more tigers which were formally under Maldonado's care and possession (Ima, Prince, and Petronus) and another tiger, "Top Cat") which was apparently never in Maldonado's care.

16. Additionally, **Black Pine**'s staff has been altering the Sanctuary's website to remove evidence that Maldonado's former tiger Petronus may have been unlawfully castrated.

17. Specifically, last week, **Black Pine**'s website featured an image of Petronus reclining with his male anatomy still intact; while this week, after **Black Pine** had notice of Maldonado's suit, the website has been altered to show merely Petronus' head.

18. To sum up: on behalf of Maldonado, **(1)** on May 13, I mailed (and emailed) certified copies of Maldonado's Notice of Intent to Sue to all known members of the **Black Pine** Board of Directors, **(2)** the notice requested that **Black Pine** contact me by May 19, and voluntarily enter into a preservation order. **(3)** while no one on behalf of **Black Pine** has contacted me, **Black Pine** has published statements that Elvis the tiger is not protected under the ESA, and **(4) Black Pine** has quietly altered its website to perhaps hide the fact that **Black Pine** may have already unlawfully castrated an endangered tiger, "Petronus."

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Roger I. Roots_

May 20th 2025

Roger I. Roots esq.
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
Telephone: 775-764-9347