# EXHIBIT 2



**PRESS RELEASE:**
**Black Pine Animal Sanctuary Denounces**
**"Tiger King" Pleas for Formally-Owned Tiger's Healthcare**
DATED: May 16, 2025

In 2020, the world was captivated by the Netflix show "Tiger King" featuring a man known as Joe Exotic. In 2021, the Department of Justice seized the animals, then in Jeff and Lauren Lowe's custody, for terrible and illegal conditions. Black Pine Animal Sanctuary took over custody in early 2022 of four tigers - providing appropriate and compassionate medical, behavioral and enrichment programs for these residents, tailored to each of their needs, which are quite complex due to their breeding and the living conditions in their early years of life. Joe Exotic is in federal prison after being convicted and sentenced to 22 years on 17 federal charges of animal abuse and two counts of attempted murder for hire.

Joe Exotic's latest legal move, targeting Black Pine Animal Sanctuary over white Bengal tiger, Elvis, raises questions about ethics and animal rights. While Exotic defends his breeding practices, the sanctuary emphasizes the need for stricter laws when it comes to exotic animal ownership and breeding.

The tigers, now owned by Black Pine Animal Sanctuary, present an array of medical concerns. The Sanctuary is hosting a weekend of dental care this weekend for some of their biggest residents. In an attempt to avoid putting Elvis under anesthesia twice, it was decided he would be neutered at the time of his dental and thorough physical exam.

**Spaying and neutering of big cats in sanctuary care is commonly accepted best practice and is performed by and under the guidance and supervision of qualified veterinarians. True sanctuaries which provide lifetime care do not breed the animals in their care. These procedures also offer many health benefits to the animals, such as lower rates of cancer, a better quality of life mentally and emotionally, and ultimately, studies show that these big cats will live longer.**

Black Pine Animal Sanctuary does not buy, sell, breed, trade, or use animals for commercial purposes. Residents include big cats, bears, monkeys, birds, reptiles and more.

Black Pine Animal Sanctuary is a Global Federation of Animal Sanctuary accredited campus - obtained for their significant and trusted programs to improve the quality of life for their 70+ residents, for the REST of their lives.

The exotic pet industry is a $40B industry worldwide. Once these animals become mature, they are likely euthanized or rehomed at Sanctuaries as they are not appropriate as "pets" due to aggression and natural behaviors. Sanctuaries like Black Pine only exist due to human-led breeding and purchasing of these poor animals.

Humane World for Animals (Formerly, The Humane Society of the United States) says, "Everyone who cares about the fate of animals exploited by the animal entertainment and exhibition industries has a debt of gratitude to Black Pine Animal Sanctuary and other accredited sanctuaries," said Samantha Chapman, Indiana state director for Humane World for Animals, formerly called the Humane Society of the United States. "After these sensitive, complex creatures no longer generate a profit for greed-driven exhibitors or are seized from bad actors, accredited sanctuaries like Black Pine step in to provide emergency shelter, critical veterinary care, and appropriate, enriched environments in which wild animals can live in peace and safety, the very thing they have always needed and deserved."

Due to the recent challenges from Exotic's legal representative, Elvis will not receive the medical care he needs as planned this weekend - the procedure has now been postponed until a future date. This is not indicative of a violation of any animal welfare acts but a mere attempt to save precious donor dollars.  As a non-profit, Black Pine chooses to focus the organization's resources on animal care.  Our donors trust us to use their gifts to provide our animal residents with the REST of their lives.  Having resources tied up in publicity-stunt legal battles only continues to take away from animals who have always deserved better.

Black Pine encourages donations to be made at bpsanctuary.org in order to provide excellent medical, behavioral and environmental care for their residents.

**MISSION:**
Black Pine Animal Sanctuary exists to provide a refuge to captive-raised exotic animals while educating, advocating, and building awareness about animal welfare.

**MORE QUESTIONS?**

Director of Development, Melissa Osborn, [melissa@blackpine.org](mailto:melissa@blackpine.org) or 260.318.1546.

**LOCATION**

Black Pine Animal Sanctuary is located at 1426 W. Main St., Albion, IN 46701. It opened for the season May 2, 2025.

Learn more about the sanctuary at [www.bpsanctuary.org](http://www.bpsanctuary.org).