# EXHIBIT 4

 ☰ News  Livestream  Weather  On Your Side  Lifestyle  Special Segments  Sports  🔍

## WEATHER

Fort Wayne, IN

**Severe Thunderstorm Watch Is In Effect** ✕

ADVERTISEMENT

CENTURY 21
Bradley Realty, Inc.

Your HomeConnection
by Century 21 Bradley
WATCH THIS WEEK'S EPISODE CLICK HERE


abc 21
WPTA

# Joe Exotic intends to sue Black Pine Animal Sanctuary over 'endangered species' neutering



YOUR FIRST ALERT STATION
**TIGER KING THREATENS TO SUE**
BLACK PINE ANIMAL SANCTUARY
5:03
84°

Joseph Maldonado, also known as Joe Exotic from Netflix's Tiger King, announced on social media his intent to sue the Black Pine Animal Sanctuary.

By [Eddie Reksiedler](#)

*Published: May 16, 2025 at 5:36 PM EDT | Updated: 2 hours ago*



ALBION, Ind. (WPTA) - Joseph Maldonado, also known as Joe Exotic from Netflix's Tiger King, announced on social media his intent to sue the [Black Pine Animal Sanctuary.](#)

USDC IN/ND case 1:25-cv-00239-HAB-SLC    document 8-6    filed 05/21/25    page 3 of 10

**News   Livestream   Weather   On Your Side   Lifestyle   Special Segments   Sports**



Elvis, the White Bengal Tiger, at his habitat at Black Pine Animal Sanctuary  (staff)

"He wants us to not neuter him, just because he thinks he has really good genes. Unfortunately, white tigers are man-made, so they're not really supposed to be here. He actually has a lot of deformities; he has two crossed eyes…" said Kimberly Huth, lead keeper at Black Pine Animal Sanctuary.

ADVERTISEMENT



Shift
Download PDF (Free)                OPEN  >

The controversy started when the sanctuary announced on Facebook plans to neuter Elvis due to health concerns.

Exotic and his team claim that neutering Elvis would violate the Endangered Species Act. Huth disagrees.

"Tigers as a species are endangered, out in the wild, but white tigers are man-made, so they're not considered endangered at all. A lot, if not all of them, are inbred, so they're not considered a part of the Endangered Species Act, and while they are beautiful, there's no question about that, there really isn't a need to produce more of them," she said.

A petition has been started by the Tiger King to 'save Elvis' balls'. That has gathered 430 signatures at the time of writing.



Huth says they have postponed Elvis' neutering in light of the situation.

*This is a developing story. We will keep you updated here on 21Alive News as new information is provided.*

*Copyright 2025 WPTA. All rights reserved.*

**Fort Wayne father accepts second plea offer in neglect case that led to toddler's death**

Discover

**Flight Attendant Reveals How Seniors Can Fly Business Class For The Price of Economy**
Americans, you'll want to check this out ASAP
onlineshoppingtools | Sponsored

**Seniors Can Now Fly Business Class For the Price Of Economy**
Americans, you'll want to check this out ASAP
Insider | Travel Deals | Sponsored

Find the perfect gift for cat lovers. Our unique lamps add a touch of whimsy.

Sherum | Sponsored

Learn More

---

**New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity**

Blavity.com | Sponsored

**Neurologists: These Shoes Are the Best Thing You Can Do for Your Body After 60**

Barefoot Shoes are the Ultimate Weight Loss Tool for 2025!

Barefoot Vitality | Sponsored

Learn More

**Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"**

Shocking results without diets or lifestyle changes

Health Advice Today | Sponsored

---

**GET YOUR PRINT ON**

Here to help you be unstoppable with 20% off* printing services.

The UPS Store | Sponsored

---

**Showdowns Restaurant**

Heather M. said: "We were at Bryce all day hiking and we were hungry for something good, filling and not park food. Did a little research and came up with Showdowns. We didn't quite realize that it took us off our route to head to I15, but as I said we were …

Yelp | Sponsored

**How to Watch All the Sonic the Hedgehog Movies**

Watch all the hit movies in order, including Sonic the Hedgehog 3, now streaming.

Paramount+ | Sponsored

Watch now

---

**18-year-old escapes after being held captive for years, forced to live in dog crate, authorities say**

WPTA

---

**Amish man charged with woman's murder**

WPTA

5/16/25, 7:09 PM
Joe Exotic intends to sue Black Pine Animal Sanctuary over 'endangered species' neutering
USDC IN/ND case 1:25-cv-00239-HAB-SLC    document 8-6    filed 05/21/25    page 6 of 10

Healthy News | Sponsored

Learn More

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Ridiculous benefits seniors are entitled to in 2025, but often forget to claim.

WalletJump | Sponsored

Learn More

**Residents In Utah With Credit Card Debt Could Be In For A Big Surprise**

There's a way to pay off credit card debt without getting a loan.  See if you are eligible for the program.

Weekly Financial Solutions | Sponsored

**Put Bananas In Your Garden and Just Watch**

Life Hacks 101 | Sponsored

**Look For Any High School Yearbook, It's Free**

Classmates | Sponsored

**Friday: 'File ASAP or Face Tax Penalties,' IRS Warns Americans Who Owe Tax Debt**

If you missed the April tax deadline, the IRS is now assessing monthly penalties and daily interest. However, there is an open door to resolve and reduce your tax debt.

Fresh Start Information | Sponsored

Learn More



News   Livestream   Weather   On Your Side   Lifestyle   Special Segments   Sports

## Most Read

**Adams Memorial Hospital pharmacist, former coach facing felony charges after audit finds 32K missing pills**



**Fort Wayne woman accused of hitting ex-boyfriend with axe, potentially permanently damaging his hand**



ADVERTISEMENT

**Severe weather no longer a threat tonight**



**First Alert Weather Day issued for tonight's "boom or bust" storm potential**



**News**   **Livestream**   **Weather**   **On Your Side**   **Lifestyle**   **Special Segments**   **Sports**

**TONIGHT, 8 PM - 1 AM**
Increasing confidence in severe storms forming
ALL hazards on table:
Gusts 60+, large hail, tornadoes

Woman declared brain dead being kept alive to continue pregnancy under state law, family says



'CROSSROADS OF AMERICA' | State of Indiana considering adding tolls to interstates



First Alert Weather Day for storm threat tonight



WATCH: Latest on severe storm chance Thursday evening



## Latest News



Fort Wayne UNITED holds Friday Tie Day end-of-the-year celebration

Fort Wayne UNITED holds Friday Tie Day end-of-the-year celebration



## 21 ALIVE

News    Livestream    Weather    On Your Side    Lifestyle    Special Segments    Sports





▶ Weekend of nature-themed festivities ahead in Fort Wayne



Plea agreement may require Fort Wayne man accused of role in fatal 2024 shooting to testify against alleged gunman



ALLEN COUNTY PROSECUTOR: Officer in deadly 2024 police-action shooting was 'justified in using force'



FWPD releases body cam footage in deadly police shooting during Wells Street home break-in



▶ ISP: Fort Wayne man accused of sending pornographic images to child in Washington County

Joseph Maldonado, also known as Joe Exotic from Netflix's Tiger King, announced on social media his intent to sue the Black Pine Animal Sanctuary.

USDC IN/ND case 1:25-cv-00239-HAB-SLC    document 8-6    filed 05/21/25    page 10 of 10





News          Coronavirus          **WPTA**
Weather       Sports               3401 Butler Rd.
Livestream                         Fort Wayne, IN 46808
                                   (260) 483-8111

WPTA Public Inspection File    WISE Public Inspection File    programming@wpta21.com - (574)-407-0064

Terms of Service    Privacy Policy    WPTA EEO Statement    WISE EEO Statement    FCC Applications    Advertising

Digital Marketing    Closed Captioning/Audio Description

Click here to learn more about our approach to artificial intelligence.

A Gray Local Media Station © 2002-2025

gray