# EXHIBIT 7

Patronus, American Golden Tabby Tiger | Black Pine Animal Sanctuary

VISIT     SANCTUARY SOCIETY     HELP     EVENTS     ABOUT     **DONATE**

# Patronus, American Golden Tabby Tiger

CATS



Patronus was seized in 2021 by the Department of Justice for the illegal possession and transport of animals and violations of the Animal Welfare Act from Jeff & Lauren Lowe's Oklahoma "Zoo" (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy). He was permanently placed at Black Pine in January 2022 and is now receiving a proper diet of fresh meat, vet care, and a roomy and lush habitat for the REST of his life.

**DONATE TO HELP ANIMALS LIKE PATRONUS**

**CATS**

**BACK TO ANIMALS**

## DETAILS

**NAME**
Patronus

**SUB-SPECIES**
American Golden Tabby Tiger

**GENDER**
Male

**BORN**
2016

Mulan, Domestic Cat     CATS     ANIMALS     Elvis, White Bengal Tiger