# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSEPH MALDONADO

    Plaintiff

v.

    Civil Action No.  1:25-cv-239

PROFESSIONAL ANIMAL RETIREMENT CENTER, (PARC),
also known as Black Pine Animal Sanctuary

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED WITHOUT PREJUDICE to refiling once the 60-day notice period under the ESA expires.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Holly A. Brady.

DATE: 5/22/2025                              CHANDA J. BERTA, CLERK OF COURT

                                                      by   s/ M. Murray_____
                                                      *Signature of Clerk or Deputy Clerk*