1:25-cv-239-HAB

# EXHIBIT 5

https://www.dropbox.com/scl/fi/xta2vxwgy4wn31ne2sdx2/Exhibit-5-Cats-Pacing-at-Black-Pine-Made-with-Clipchamp.mp4?rlkey=l52gaci80dkc6gkepd83eokip&st=o6b621by&dl=0